## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| VINIT VINIT, | : | |
| Petitioner, | : | No. 2:26-cv-5009 |
| | : | |
| vs. | : | |
| | : | |
| J.L. JAMISON, MARKWAYNE MULLIN, TODD BLANCHE, U.S. DEPTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | : | |
| Respondents. | : | |

### Order to Show Cause

**AND NOW**, this 20th day of July 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) filed by the Petitioner, a Rule to Show Cause is hereby issued upon the Government to show cause why the Petition for habeas relief should not be granted. The Government shall show cause in a written response filed on the docket on or before **Tuesday, July 21, 2026,** unless the Government shows that good cause for additional time is necessary. *See* 28 U.S.C. § 2243 ("It shall be returned within three days unless for good cause additional time . . . is allowed").

It is further **ORDERED** that the Government shall not transfer Petitioner outside of the Eastern District of Pennsylvania while the above-captioned habeas corpus petition is pending.

The Clerk of Court is **ORDERED** to immediately serve a copy of the Petition for Writ of Habeas Corpus on the United States Attorney's Office for the Eastern District of Pennsylvania via mail or the Court's electronic filing system.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**JOHN MILTON YOUNGE, J.**